IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JORDAN BOHALL, et al.          :

v.                             :     CIVIL NO. ADC-20-254

OC R&D, INC., et al.           :

## ORDER

It is this 11th day of August, 2021 hereby ORDERED that the following schedule shall govern this case:

1. Motions in Limine shall be filed no later than **March 18, 2022.**

2. The proposed joint pretrial order, proposed joint voir dire, proposed joint jury instructions, and a joint proposed verdict sheet are due **April 4, 2022.** The parties shall comply with Local Rule 106.

   You should file separately any voir dire questions, jury instructions and verdict forms upon which you cannot agree. Copies of all of your proposed voir dire, jury instructions and verdict forms should be filed electronically and submitted to Chambers via email in Microsoft Office Word format to MDD_ADCChambers@mdd.uscourts.gov

   Your proposed jury instructions should be typed one per page, be numbered and assembled in the order in which you request that they be read to the jury, and include a citation of the authorities supporting the instruction.

3. A Telephone Pretrial Conference is scheduled for **Monday, April 11, 2022 at 10:00 a.m.** (Counsel only). Plaintiffs' Counsel is asked to initiate the call.

4. The six-day Jury Trial is scheduled to begin on **Monday, April 18. 2022 at 10:00 a.m.** (Courtroom to be determined). Counsel are to **report at 9:30 a.m.**

Counsel are responsible for knowing all of the provisions of Local Rule 107 concerning trial conduct.

A. David Copperthite
United States Magistrate Judge