LAW OFFICES
# KAGAN STERN MARINELLO & BEARD, LLC
238 WEST STREET
ANNAPOLIS MARYLAND 21401
Telephone (410) 216-7900
Facsimile (410) 705-0836

JONATHAN P. KAGAN                                                                KAGAN@KAGANSTERN.COM
                                                                                  WWW.KAGANSTERN.COM

April 7, 2022

The Honorable A. David Copperthite
United States Magistrate Judge
United States District Court
for the District of Maryland
101 W. Lombard Street
Baltimore, MD 21201

  **Re:**  *Jordan Bohall, et al. v. OC R&D, Inc., et al.*
     **United States District Court for the District of Maryland**
     **Civil Action No. ADC-20-254**

Dear Judge Copperthite:

  This firm represents the Defendants in this matter, and Plaintiffs are represented by Howard Hoffman, Jordan Liew, and Bradford Warbasse. This is a joint letter on behalf of counsel for all Parties to advise the Court that the Parties have reached a settlement, with the only term that is not been resolved being the issue of Plaintiffs' attorneys' fees and costs to be paid by Defendants. Counsel are continuing their negotiations as to these terms but have agreed to, if need be, submit the issue to the Court for resolution if the Parties reach impasse. Because the Parties believe that they will either negotiate or litigate Plaintiffs' fees and costs, it is the Parties position that there is no triable issues in this case.

  The Parties are finalizing the terms of the Settlement Agreement to be submitted to the Court for approval. The Parties agree that the jury trial scheduled to begin before Your Honor on April 18, 2022, may be removed from the docket, and that the Parties be excused from the pretrial conference. The Parties intend to file the Joint Motion to Approve Settlement on or before April 18, 2022. Plaintiffs' counsel have reviewed and approved this letter.

Thank you for your attention and consideration to this matter.

Very truly yours,

*Jonathan P. Kagan*

Jonathan P. Kagan

JPK:pfl

cc: Howard Hoffman, Esquire
    Jordan Liew, Esquire
    Bradford Warbasse, Esquire
    Meagan C. Borgerson, Esquire
    Patrick W. Daley, Esquire